HOWE, Appellant, v. PICKET, Respondent.

(Supreme Court, General Term, Fourth Department. September 30, 1892.)

Action by Nina Howe against James R. Picket, surviving administrator. No opinion. Judgment and order affirmed, with costs.

———

JOHNSON, Respondent, v. DEVAN, Appellant.

(Supreme Court, General Term, Fourth Department. September 30, 1892.)

Action by John A. Johnson against David Devan. No opinion. Judgment of the county court and of the justice's court reversed, with costs. Held, that the justice erred in excluding the second mortgage, and evidence that it was fraudulent.

———

KNAPP, Respondent, v. KNAPP, Appellant.

(Supreme Court, General Term, Fourth Department. September 30, 1892.)

Action by Wilmot E. Knapp against Carrie E. Knapp. No opinion. Order reversed, with $10 costs and disbursements.

———

LOOMIS et al., Respondents, v. BELLINGER, Appellant.

(Supreme Court, General Term, Fourth Department. September 30, 1892.)

Action by Watts T. Loomis and others against Abram E. Bellinger. No opinion. Judgment affirmed, with costs.

———

LOOMIS, Appellant, v. ROME, W. & O. R. CO., Respondent.

(Supreme Court, General Term, Fourth Department. September 30, 1892.)

Action by Jay A. Loomis against the Rome, Watertown & Ogdensburgh Railroad Company. No opinion. Judgment and order reversed on the exceptions, and a new trial ordered, with costs to abide the event.

———

McGRAW et al., Appellants, v. WILLIAMS et al., Respondents.

In re FISKE'S ESTATE.

(Supreme Court, General Term, Fourth Department. September 30, 1892.)

Final judicial settlement of the accounts of Douglas Boardman, as executor of the last will and testament of Jennie McGraw-Fiske, deceased. No opinion. Decree of the surrogate's court modified by deducting from the amount of commissions allowed therein to the executor the sum of $2,575, and, as modified, affirmed, without costs of this appeal to either party.

———

MIDDLETON et al., Respondents, v. ESSELSTYN, Appellant.

(Supreme Court, General Term, Fourth Department. September 30, 1892.)

Action by De Witt C. Middleton and others against Richard M. Esselstyn. No opinion. Order affirmed, with $10 costs and disbursements.

———

MILLS, Respondent, v. MILLS, Appellant.

(Supreme Court, General Term, Fourth Department. September 30, 1892.)

Action by Jane Mills against Charles Mills. No opinion. Judgment affirmed, with costs.